**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

SCOTT KYLE PETTY,

     Petitioner,

v.                                  CASE NO. 1:09cv171-MP-GRJ

WALTER A. MCNEIL,

     Respondent.

_____/

**O R D E R**

     This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 14, 2011.  (Doc. 22).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

     Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

     Accordingly, it is now ORDERED as follows:

     1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

     2.    The petition for writ of habeas corpus (doc. 1) is DENIED and a certificate of appealability is DENIED pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases in the U.S. District Courts.

     **DONE and ORDERED** this 18th day of September, 2012.

s/ *M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**